IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARCELORMITTAL LONG PRODUCTS CANADA, G.P., <br><br>      Plaintiff, <br><br>  v. <br><br> KEYSTONE CONSOLIDATED INDUSTRIES, INC., d/b/a LIBERTY STEEL & WIRE PEORIA, <br><br>      Defendant. | Case No. 25-cv-1358 |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

  This matter coming to be heard on the Parties' *Agreed Motion for Dismissal of Complaint Without Prejudice* (D. 9), the Court being fully advised and due notice being given to the parties,

**IT IS HEREBY ORDERED**:

1. The Complaint in Civil Action, and all Plaintiff's claims and counts against Defendant, Keystone Consolidated Industries, Inc. d/b/a Liberty Steel & Wire Peoria, are **dismissed** *without prejudice*, with each party to bear its own attorney's fees, costs, and expenses. The parties' Agreed Motion for Dismissal of Complaint Without Prejudice (D. 9) is GRANTED.

2. The Court shall retain jurisdiction to interpret and effectuate the terms of the Settlement Agreement and Release, except with respect to Plaintiff's filing and seeking judgment premised upon the Confession of Judgment and Complaint executed by Defendant to secure the settlement under the Settlement Agreement and Release and as necessitated by a default by Defendant of any Payment term contained in the Settlement Agreement and Release.

3. The deadline set forth in this Court's January 20, 2026 Text Order regarding Defendant's Agreed Motion for Extension of Time is stricken as moot.

4. The Clerk is directed to close this case.

                        February 9, 2026
                            DATE

Order Prepared and Submitted        s/ Jonathan E. Hawley
Pursuant to the Parties' Agreed Motion    UNITED STATES DISTRICT JUDGE